## MARVEL GASOLINE & OIL CO, INC v ROLLINS

Ohio Appeals, 8th Dist, Cuyahoga Co

Decided Feb 19, 1934

Edward F. Blaugrund, Cleveland, and Green & Green, Cleveland, for plaintiff in error.

Paul Howland, Cleveland, and Ben P. Rabb, Cleveland, for defendant in error.

For full opinion see 39 OLR 425; 190 NE 579; 47 Oh Ap 57.